# UNITED STATES DISTRICT COURT
for the

District of Vermont

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:10-CR-108-2 |
|  | ) |
| Jeffrey Richard | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jeffrey Richard                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of release conditions.

Date: 10/27/2010

*Issuing officer's signature*

City and state: Burlington, Vermont

John M. Conroy    United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/27/10, and the person was arrested on *(date)* 10/28/10
at *(city and state)* Claremont, NH.

Date: 10/29/10

*Arresting officer's signature*

Max Galusha   DUSM
*Printed name and title*

Stamps: U.S. DISTRICT COURT DISTRICT OF VERMONT FILED 2010 NOV -3 PM 4:33 — BY DEPUTY CLERK; U.S. MARSHALS SERVICE DISTRICT OF VERMONT 2010 OCT 27 P 3:47